AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Apple IPhone Model A1522, IMEI 354390069331947, currently located at the U.S. Attorney's Office, 555 4th St., NW, Washington, D.C. 20530

Case: 1:18-sw-00018
Assigned To : Robinson, Deborah A.
Assign. Date : 1/25/2018
Description: Search Warrant

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Columbia _____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A incorporated herein and included as part of the Application for a Search Warrant.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B incorporated herein and included as part of the Affidavit.

**YOU ARE COMMANDED** to execute this warrant on or before _____ February 9, 2018 _____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Deborah A. Robinson _____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   JAN 25 2018 3:40 PM

_____
*Judge's signature*

City and state:   Washington, D.C.    Deborah A. Robinson, United States Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 1:18-SW-00018 | 1/25/2018 3:58pm | N/A |

Inventory made in the presence of : N/A

Inventory of the property taken and name of any person(s) seized:

Various digital files

*FILED*
*FEB - 2 2018*
*Clerk, U.S. District & Bankruptcy Courts for the District of Columbia*

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/2/2018

_____
Executing officer's signature

Danielle K. Schnur
Printed name and title
Special Agent

## ATTACHMENT A

*Property to be searched*

The property to be searched is an Apple iPhone Model A1522 with IMEI 354390069331947, hereinafter the "Device." The Device is currently located at the U.S. Attorney's Office, 555 4th Street NW, Washington, D.C. 20530.

## **ATTACHMENT B**

*Property to be seized*

1. The items, information, and data to be seized are fruits, evidence, information relating to, contraband, or instrumentalities of violations of Title 18 of the United States Code, Section 2423(b), including, but not limited to:

   a. Records and information relating to interstate travel for the purpose of engaging in unlawful sexual activity with a minor, including but not limited to: GPS or other location information, names, addresses, calendars, contact information, data, call records, text messages, images, voice memos, voice messages, photographs, videos, Internet sites, Internet access, documents or other information;

   b. Records and information relating to engaging in unlawful sexual contact with minors;

   c. Records and information relating to the profile account VenysDaDoll;

   d. Any records or information regarding Google Voice number 240-704-7404, to include voice calls and text messages;

   e. Communications between the UC and the user of the Device;

   f. Evidence of who used, owned, or controlled the Device such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, and correspondence;

g. Evidence of the attachment to the Device of other digital devices or similar containers for electronic evidence;

h. Evidence of counter-forensic programs (and associated data) that are designed to eliminate data from the Device;

i. Evidence of the times the Device was used;

j. Information stored on the Device that may be necessary to access the Device or to conduct a forensic examination of the Device;

k. Records of or information about Internet Protocol addresses used by the Device;

l. Records of or information about the Device's Internet activity, related to the above offenses, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses.